JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARVEEN KUMAR,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, ET. AL.,<br>Respondents. | Case No. EDCV 26-0559-CV (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: 8/10/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE